1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

ANTHONY BAZURTO,                          No. C 06-06243 SBA (PR)

11
                Plaintiff,                **ORDER ADDRESSING PENDING**
12                                        **MOTION**

     v.
13

RICHARD J. KIRKLAND, et al.,
14
                Defendants.
15    _____/

16              Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983.

17              Before the Court is Plaintiff's motion for an order directing the Clerk of the Court to provide

18    Plaintiff with a copy of the complaint filed in this action.

19              Good cause appearing, Plaintiff's request for a copy of his complaint is GRANTED.  The

20    Clerk of the Court shall mail Plaintiff a copy of his complaint along with this Order.

21              This Order terminates Docket no. 5.

22              IT IS SO ORDERED.

23

24    DATED:  5/17/07

25                                        SAUNDRA BROWN ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE
26

27

28

P:\PRO-SE\SBA\CR.06\Bazurto6243.copyCOMPLAINT.frm

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ANTHONY BAZURTO,

              Plaintiff,

  v.

RICHARD J. KIRKLAND et al,

              Defendant.

_____/

Case Number: CV06-06243 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony  Bazurto C-30540
Pelican Bay State Prison
P.O. Box 7500
Crescent City,  CA 95532

Dated: May 18, 2007

                         Richard W. Wieking, Clerk
                         By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Bazurto6243.copyCOMPLAINT.frm